No. 1033. ABATE ET AL. *v.* MUNDT ET AL. Ct. App. N. Y. [Certiorari granted, *ante,* p. 904.] Motion of petitioners to remove case from summary calendar granted and 45 minutes allotted to each side for oral argument. *Doris Friedman Ulman* for petitioners Molef et al. on the motion.

No. 1103, Misc. RANDO *v.* BETO, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Pat Bailey,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Allo B. Crow, Jr.,* Assistant Attorneys General, in opposition.

No. 1598, Misc. BUSH *v.* CRAVEN, WARDEN;

No. 1616, Misc. BURGESS *v.* KROPP, WARDEN;

No. 1619, Misc. MERRILL *v.* MOSELEY, WARDEN, ET AL.;

No. 1673, Misc. McFALL *v.* WARDEN, QUEENS HOUSE OF DETENTION FOR MEN;

No. 1702, Misc. AUSTIN *v.* FITZHARRIS, WARDEN;

No. 1744, Misc. DUNLEAVY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 1761, Misc. SMITH *v.* RODGERS, JAIL SUPERINTENDENT;

No. 1794, Misc. KAUP *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT;

No. 1880, Misc. SHEPHERD *v.* WINGO, WARDEN; and

No. 1883, Misc. WELLNITZ *v.* PAGE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1556, Misc. LEE *v.* POINSETT CIRCUIT COURT, ARKANSAS, ET AL. Motion for leave to file petition for writ of mandamus denied.